O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OSMAR ALFREDO CASTRO-RIVERA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　　Respondents. | Case No. 5:26-cv-01675-CAS-SK<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT HABEAS PETITION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to Grant Habeas Petition (R&R) and any relevant records as needed.  Respondents filed no *timely* objection, so the Court need not review de novo the findings and conclusions in the R&R.  *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The petition under 28 U.S.C. § 2241 is GRANTED in accordance with the R&R.  Petitioner is ORDERED released from Respondents' custody

immediately, subject to the same conditions of supervision required by Petitioner's bond at the time of his arrest.  Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: May 27, 2026

HON. CHRISTINA A. SNYDER
United States District Judge