JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE OSMAR ALFREDO CASTRO-RIVERA,<br><br>       Petitioner,<br><br>   vs.<br><br>SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>       Respondents. | CASE NO. 5:26-cv-01675-CAS-SK<br><br>**JUDGMENT** |

Pursuant to this Court's Order Accepting the Report and Recommendation to Grant the Petition for Writ of Habeas Corpus, **IT IS ADJUDGED** that the Petition is granted as set forth in that Order.

Therefore, respondents must immediately release petitioner Jose Osmar Alfredo Castro-Rivera from their custody, subject to the same conditions of

///

///

///

1

supervision required by petitioner's bond at the time of his arrest, and provide proof of compliance within 24 hours of release.

DATED: May 27, 2026

HON. CHRISTINA A. SNYDER
United States District Judge